UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE GISPANSKI,<br><br>    Petitioner,<br><br> vs.<br><br>P.D. BRAZELTON, Warden,<br><br>    Respondent.<br>_____ | Case No. ED CV 13-2284 MWF (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

  IT IS ORDERED that Judgment be entered dismissing this action without prejudice.

DATE: April 29, 2014

                _____
                HON. MICHAEL W. FITZGERALD
                UNITED STATES DISTRICT JUDGE