# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KYLE GISPANSKI, | ) | Case No. ED CV 13-2284 MWF (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| P.D. BRAZELTON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATE: April 29, 2014

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE