1　MICHAEL A. HESTRIN
2　District Attorney
3　County of Riverside
　　3960 Orange Street
4　Riverside, California 92501
5　Telephone: (951) 304-5554
6　Fax: (951) 955-9566
　　Email:　ivyfitzpatrick@rivcoda.org
7　IVY B. FITZPATRICK
8　Senior Deputy District Attorney
9　State Bar No. 219316

```
FILED
CLERK, U.S. DISTRICT COURT

SEP - 2 2016

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY
```

10
11　　　　　　UNITED STATES DISTRICT COURT
12　　　　　　　　　　　for the
　　　　　　　　Central District of California
13

14　KYLE DION GISPANSKI,　　　　　　｜　Civil Action No. EDCV 13-
15　　　　　　　　　　　　Petitioner,　｜　02284-MWF-MRW
16
17　vs.
18　　　　　　　　　　　　　　　　　　　｜　**STIPULATED AGREEMENT**
19　P.D. BRAZELTON,　　　　　　　　　　｜　**AND [PROPOSED]**
20　　　　　　　　　　　　Respondent.　｜　**PROTECTIVE ORDER**
21　　　　　　　　　　　　　　　　　　　｜　**REGARDING RELEASE OF**
22　　　　　　　　　　　　　　　　　　　｜　**SUBPOENAED DOCUMENTS**

23
24　　　　NOW COMES the **DISTRICT ATTORNEY OF RIVERSIDE COUNTY** and/or his
25　agent(s), employee(s) or authorized representative(s), and Petitioner **KYLE DION GISPANSKI** by
26　and though his attorney(s), and Respondent **P.D. BRAZELTON**, and/or his successors, by and
27　through his attorney(s) hereby stipulate and agree to the following facts, amendments, and orders by
28　the Court in the above-captioned matter:
29　/ / /
30　/ / /
31　/ / /
32　/ / /
33　/ / /
34　/ / /
35　/ / /
36　/ / /

MICHAEL HESTRIN
DISTRICT ATTORNEY
County of Riverside
3960 Orange Street
Riverside, California

STIPULATION AND [PROPOSED] PROTECTIVE ORDER REGARDING RELEASE OF
SUBPOENAED DOCUMENTS

1

ORIGINAL

1. On September 8, 2016, Petitioner Gispanski's attorney(s) served via e-mail upon the Riverside County District Attorney's Office a "Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action" (hereinafter "the subpoena"). The return date on the subpoena was listed as August 30, 2016, at 5 p.m., which was later extended by agreement to September 2, 2016, at noon. The subpoena requested the following: "Any and all documents, records, and files relating to the Riverside County District Attorney's Office's plea-bargaining policy in effect in January 2008-May 2008, including but not limited to: notes, memoranda, and emails discussing what authority deputy district attorneys had to offer pleas; how and when plea offers should be communicated to defense counsel; and whether offers authorized by supervising deputy district attorneys had to be communicated to defense counsel."

2. It is hereby agreed to by Petitioner, Respondent, and the Riverside County District Attorney, and so ordered by the Court, that no attorney, nor any member of Petitioner Gispanski's litigation team in this case, disclose, distribute, disseminate or reproduce, or permit to be disclosed, distributed, disseminated, or reproduced, any information contained within the documents listed below, that were provided to Petitioner Gispanski's attorney(s) by the Riverside County District Attorney's Office in response to the subpoena, to anyone outside of Petitioner Gispanski's litigation team in this case, unless specifically permitted to do so by the Court after a hearing and a showing of good cause. It is further agreed and so ordered by the Court that no attorney nor any member of Petitioner Gispanski's litigation team may disclose, distribute, disseminate, or reproduce, or permit to be disclosed, distributed, disseminated, or reproduced any of the information contained within the subpoenaed documents to Petitioner Gispanski himself, given the confidentiality of the documents and the potential risks involved in disclosing such information to criminal defendant(s) or any member of the public at large.

3. This agreement and protective order does not preclude any attorney or any member of Petitioner's litigation team from disclosing the subpoenaed documents to any attorney or any member of Respondent's litigation team in this case. However, if such documents or any portion thereof are disclosed to any attorney or member of Respondent's litigation team, it is hereby agreed to by Petitioner, Respondent, and the Riverside County District Attorney, and so ordered by the Court, that no attorney nor any member of Respondent's litigation team, disclose, distribute, disseminate or reproduce, or permit to be disclosed, distributed, disseminated, or reproduced, any information contained within the documents listed below, that were provided to Petitioner's attorney(s) by the Riverside County District Attorney's Office in response to the subpoena, to anyone outside of Respondent's litigation team in this case, unless specifically

MICHAEL HESTRIN
DISTRICT ATTORNEY
County of Riverside
3960 Orange Street
Riverside, California

STIPULATION AND [PROPOSED] PROTECTIVE ORDER REGARDING RELEASE OF
SUBPOENAED DOCUMENTS

permitted to do so by the Court after a hearing and a showing of good cause.  It is further agreed and so ordered by the Court that no attorney nor any member of Respondent's litigation team may disclose, distribute, disseminate, or reproduce, or permit to be disclosed, distributed, disseminated, or reproduced any of the information contained within the subpoenaed documents to Petitioner Gispanski himself, given the confidentiality of the documents and the potential risks involved in disclosing such information to criminal defendant(s) or any member of the public at large.

4.  Furthermore, this agreement and protective order does not limit Petitioner's or Respondent's ability to seek admission of such documents at the evidentiary hearing in this case currently scheduled for September 13 and 14, 2016, or at any later court proceeding, nor does it limit this Court or any other court's ability to admit such documents into evidence.  However, the Riverside County District Attorney, Petitioner, and Respondent further agree that if either Petitioner or Respondent move to admit such documents in Court or any portion thereof, any party to this agreement may request that the Court issue a sealing order for the document(s) and no party to this agreement will object to such a request for a sealing order.

5.  This agreement and protective order applies to the following documents, which will be disclosed to Plaintiff Gispanski's attorneys via email by September 2, 2016, at noon:

- Case Settlement Policies (redacted to include only those portions responsive to the subpoena), consisting of 16-pages.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

MICHAEL HESTRIN
DISTRICT ATTORNEY
County of Riverside
3960 Orange Street
Riverside, California

STIPULATION AND [PROPOSED] PROTECTIVE ORDER REGARDING RELEASE OF SUBPOENAED DOCUMENTS

Respectfully submitted,

DATE: September 1, 2016

Michael Weinstein, Deputy Federal Public Defender
Attorney for Petitioner Kyle Dion Gispanski

Ajay V. Kusnoor, Deputy Federal Public Defender
Attorney for Petitioner Kyle Dion Gispanski

DATE:  September 1, 2016

Kimberley A. Donohue, Deputy Attorney General
Office of the California Attorney General
Attorney for Respondent P.D. Brazelton

DATE: September 1, 2016

Ivy B. Fitzpatrick, Senior Deputy District Attorney
Attorney for the Riverside County District Attorney's Office

SO ORDERED:

DATE: 9/2/16

HONORABLE MICHAEL R. WILNER
JUDGE OF THE UNITED STATES DISTRICT COURT

**PROOF OF SERVICE**

Civil Action No. EDCV 13-02284-MWF-MRW

I, the undersigned, declare:

I am a resident of or employed in the County of Riverside, over the age of eighteen years and not a party to the within action or proceeding; that my residence or business address is 3960 Orange Street, Riverside, California.

That on September 1, 2016, I served a copy of the paper to which this proof of service by mail is attached, **STIPULATED AGREEMENT AND [PROPOSED] PROTECTIVE ORDER REGARDING RELEASE OF SUBPOENAED DOCUMENTS**, by:

☐   ELECTRONIC MAIL (E-mail): Serving a copy of the paper to which this proof of service by electronic mail (E-mail) is attached, on the following E-mail:

☐   FACSIMILE (FAX): Serving a copy of the paper to which this proof of service by facsimile (FAX) is attached, by faxing it to the following number:

☒   MAIL: Depositing said copy enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Postal Service mail box at the City of Riverside, California, addressed as follows:

| | |
|---|---|
| **MICHAEL WEINSTEIN, DFPD** | **KIMBERLY A. DONAHUE, DAG** |
| **AJAY V. KUSNOOR, DFPD** | **Office of the Attorney General** |
| **321 East 2nd Street** | **600 West Broadway, Suite 1800** |
| **Los Angeles, CA 90012-4202** | **San Diego, CA 92101** |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on September 1, 2016, at Riverside, California.

_____

**D E C L A R A N T**