# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE DION GISPANSKI,<br><br>Petitioner,<br><br>v.<br><br>P.D. BRAZELTON, Warden,<br><br>Respondent. | Case No. ED CV 13-2284 MWF (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner objected.

The Court further exercises its discretion to consider the post-hearing declaration of Thomas Chapin. (Docket # 130 at 23.) However, the Court concludes that the declaration is immaterial to the resolution of the factual issues in the action.

The Court accepts the findings and recommendation of the Magistrate Judge. IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATE: October 3, 2017

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE